**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IVAN OSIPOV, | No. 4:26-CV-00107 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| ANGELA HOOVER, *et al.*, | |
| Respondents. | |

## ORDER

**MARCH 25, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.   Osipov's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2.   The Government **SHALL** provide Osipov with an individualized bond hearing at which he may present evidence on or before Thursday, April 23, 2026. If such a bond hearing is not provided by that date, the Government shall release Osipov on his own recognizance pursuant to 8 U.S.C. § 1226(a); and

3.   The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge